UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHAN WILLIAMS                                           CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                           NO.:14-00457-BAJ-RLB

## RULING AND ORDER

On June 26, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Nathan William's ("Plaintiff") Complaint (Doc. 1) be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted. (Doc. 8).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8 at p. 1). Plaintiff filed objections on July 17, 2015.[1] (Doc. 9).

---

[1] There is some question as to whether Plaintiff's objections were timely filed. However, in an abundance of caution, the Court will consider them. In short, Plaintiffs objections merely reiterate the allegations of his Complaint – namely, that his constitutional rights were violated by Defendants Darrel Vannoy, Bruce Coston, Ivory Miller, and Thomas Lawson when Defendant Lawson made a statement, in the presence of other inmates, that Plaintiff was "a rat or snitch." (Doc. 9 at p. 2). Plaintiff then reasserts that officials did nothing to discipline Defendant Lawson beyond issuing a reprimand, despite Plaintiff's personal safety being jeopardized as a result of Defendant Lawson's statements. (Doc. 9 at p. 2-3). However, as the Magistrate Judge highlighted, Plaintiff acknowledged that prison officials did investigate his administrative grievance and took action in response. (Doc. 8 at p. 2). That the prison officials did not take the action Plaintiff felt was warranted under the circumstances is of no consequence, and, more importantly, is insufficient to

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED** as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential remaining state law claims.

Baton Rouge, Louisiana, this 7th day of August, 2015.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

amount to a cognizable claim of a violation of Plaintiff's constitutional rights. Accordingly, Plaintiff's objections are without merit.